# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY EVANS, *et al.*, | ) |
|        Plaintiffs, | ) |
| and | ) |
| UNITED STATES OF AMERICA, | ) |
|        Plaintiff-Intervenor, | ) Civil Action No. 76-293 (ESH) |
| v. | ) |
| ADRIAN M. FENTY, *et al.*, | ) |
|        Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, plaintiffs' Motion to Find the Defendants in Noncompliance and to Appoint a Receiver [Dkt. # 809] is **GRANTED IN PART** on the issue of liability; and it is

**FURTHER ORDERED** that plaintiff-intervenor's Motion for an Order to Show Cause Why Defendants Should Not Be Held in Contempt [Dkt. # 810] is **DENIED**.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE

Date: March 30, 2007