UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOY EVANS, et al.        )
                         )
    PLAINTIFFS,          )
                         )
                         ) Civil Action No, 76-0293
UNITED STATES OF AMERICA,)
                         )
    Plaintiff-Intervenor,)
                         )
        v.               )
                         )
the Mayor, et al,        )
                         )
    Defendants.

### AFFIDAVIT OF Delicia Moore

**DISTRICT OF COLUMBIA, ss:**

I, Delicia Moore, having been duly sworn, state upon information knowledge and belief, the following to be true:

1. I am the Agency Fiscal Officer of the Department on Disability Services (DDS), Government of the District of Columbia. As required in section I C 2 of the Remedial Plan executed by this Court on August 2, 1996, I submit the attached report Attachment "A" on the status of payments to providers who submit invoices to the Developmental Disabilities Administration of the DDS and were paid during the period of October 01, 2009 to October 31, 2009.

-2-

Attachment "A" lists the payments made to providers as of October 31, 2009.

2.  I have made a concerted and good faith effort to determine the status of all provider invoices submitted to the Developmental Disabilities Administration(DDA) of the DDS for court ordered services in this case. I know of no undisputed claims for which the DDA owes payment to any vendor providing services to the plaintiff class that is outstanding more than 30 days as of October 31, 2009 except as indicated on the attached report.

_____
Delicia Moore

sworn and subscribed before me this 4th day of November, 2009

_____



PAULETTER L. HALL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires August 31, 2013

My Commission Expires: _____

EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 11/17/08 | 11/08/08 | DEAF REACH | VO629510 | 4,896.64 | 007325576 | 10/07/09 | 12/17/08 |
| 05/18/09 | 04/24/09 | FLORIDA INSTITUTE FOR NEUROLOG | DE317179 | 3,378.73 | 007329651 | 10/13/09 | 06/17/09 |
| 06/25/09 | 05/07/07 | DEAF REACH | DE317188 | 2,202.30 | 007329632 | 10/13/09 | 07/25/09 |
| 08/21/09 | 09/15/09 | COLUMBUS MEDICAL SERVICES | VO627630 | 5,017.59 | 007324499 | 10/05/09 | 09/20/09 |
| 08/21/09 | 08/12/09 | COMMUNITY SERVICES FOR AUTIS. | VO628374 | 3,314.76 | 007324488 | 10/05/09 | 09/20/09 |
| 08/25/09 | 06/30/09 | DEAF REACH | VO629708 | 1,530.20 | 007325576 | 10/07/09 | 09/24/09 |
| 08/26/09 | 08/04/09 | MT&G ENTERPRISE, LLC | VO631150 | 27,970.68 | 007329639 | 10/13/09 | 09/25/09 |
| 09/01/09 | 09/04/09 | CARECO, INC | VO623975 | 21,976.21 | 001036569 | 10/15/09 | 10/01/09 |
| 09/01/09 | 08/28/09 | LIFE SKILLS CENTER | VO628501 | 10,125.00 | 007325103 | 10/06/09 | 10/01/09 |
| 09/03/09 | 09/01/09 | ASSOCIATED COMMUNITY SERVICES | DE318503 | 2,201.12 | 007333009 | 10/19/09 | 10/03/09 |
| 09/03/09 | 09/01/09 | ASSOCIATED COMMUNITY SERVICES | VO633709 | 85,772.01 | 007334751 | 10/21/09 | 10/03/09 |
| 09/04/09 | 09/01/09 | ANNA HEALTHCARE, INC. | VO627177 | 2,624.15 | 007324483 | 10/05/09 | 10/04/09 |
| 09/04/09 | 09/01/09 | COMMUNITY MULTISERVICES INC | VO635499 | 137,707.66 | 007333023 | 10/19/09 | 10/04/09 |
| 09/04/09 | 09/01/09 | THE LANGUAGE DOCTORS, INC | VO636622 | 556.00 | 007333744 | 10/20/09 | 10/04/09 |
| 09/04/09 | 09/01/09 | ANNA HEALTHCARE, INC. | VO637128 | 2,754.66 | 007334748 | 10/21/09 | 10/04/09 |
| 09/04/09 | 09/01/09 | ANNA HEALTHCARE, INC. | VO638734 | 19,840.00 | 007337728 | 10/27/09 | 10/04/09 |
| 09/04/09 | 09/01/09 | ANNA HEALTHCARE, INC. | VO638788 | 544.00 | 007340483 | 10/28/09 | 10/04/09 |
| 09/08/09 | 06/30/09 | R.S.C.R. - WV INC. | DE318646 | 142,010.71 | 007333769 | 10/20/09 | 10/08/09 |
| 09/08/09 | 09/01/09 | NATIONAL CENTER & INSTITUTIONS | VO627061 | 12,960.00 | 007324489 | 10/05/09 | 10/08/09 |
| 09/08/09 | 09/03/09 | CAPITOL HILL SUPPORTIVE SVCS | VO628246 | 6,252.00 | 007324468 | 10/05/09 | 10/08/09 |
| 09/08/09 | 09/03/09 | CAPITOL HILL SUPPORTIVE SVCS | VO628256 | 15,949.92 | 007324468 | 10/05/09 | 10/08/09 |
| 09/08/09 | 03/04/09 | DC HEALTH CARE, INC. | VO628948 | 31,692.64 | 007325621 | 10/07/09 | 10/08/09 |
| 09/08/09 | 04/13/09 | DC HEALTH CARE, INC. | VO629113 | 37,108.76 | 007325621 | 10/07/09 | 10/08/09 |
| 09/08/09 | 08/03/09 | DC HEALTH CARE, INC. | VO629136 | 39,562.20 | 007325621 | 10/07/09 | 10/08/09 |
| 09/08/09 | 09/01/09 | JUDGE ROTENBERG ED CTR INC | VO636970 | 20,477.36 | 007334701 | 10/21/09 | 10/08/09 |
| 09/08/09 | 09/08/09 | NATIONAL CHILDREN'S CENTER | VO633023 | 3,599.97 | 007329628 | 10/13/09 | 10/08/09 |
| 09/09/09 | 08/17/09 | FINSBY CARE INC. | VO627127 | 2,796.60 | 007324495 | 10/05/09 | 10/09/09 |
| 09/09/09 | 09/09/09 | MARJUL HOMES INC. | VO627125 | 11,451.40 | 007324465 | 10/05/09 | 10/09/09 |
| 09/09/09 | 08/17/09 | FINSBY CARE INC. | VO629161 | 2,889.82 | 007325619 | 10/07/09 | 10/09/09 |
| 09/09/09 | 09/03/09 | LIFE SKILLS CENTER | VO628507 | 8,550.00 | 007325103 | 10/06/09 | 10/09/09 |
| 09/09/09 | 09/08/09 | CAPITAL CARE INC | VO628588 | 70,264.83 | 001035876 | 10/05/09 | 10/09/09 |
| 09/09/09 | 09/05/09 | BRENDA DAVIS-BLOUNT | VO632302 | 4,216.00 | 007328746 | 10/09/09 | 10/10/09 |
| 09/10/09 | 09/02/09 | INDIVIDUAL ADVOCACY GROUP INC | VO628390 | 16,231.34 | 007324492 | 10/05/09 | 10/10/09 |
| 09/10/09 | 09/05/09 | DEVEREUX FOUNDATION | VO630254 | 7,471.00 | 007328653 | 10/09/09 | 10/10/09 |
| 09/11/09 | 11/11/04 | THE ROCK CREEK FOUNDATION | DE316054 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 01/12/05 | THE ROCK CREEK FOUNDATION | DE316057 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |

1

EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 09/11/09 | 02/09/05 | THE ROCK CREEK FOUNDATION | DE316061 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 03/08/06 | THE ROCK CREEK FOUNDATION | DE316040 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 09/07/06 | THE ROCK CREEK FOUNDATION | DE316051 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 05/10/07 | THE ROCK CREEK FOUNDATION | DE316064 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 07/06/07 | THE ROCK CREEK FOUNDATION | DE316043 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 08/09/07 | THE ROCK CREEK FOUNDATION | DE316177 | 125.00 | 007325605 | 10/07/09 | 10/11/09 |
| 09/11/09 | 11/06/07 | THE ROCK CREEK FOUNDATION | DE316049 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 01/08/08 | THE ROCK CREEK FOUNDATION | DE316059 | 125.00 | 007325134 | 10/06/09 | 10/11/09 |
| 09/11/09 | 09/09/09 | VOLUNTEERS OF AMERICA CHESAPEA | DE318098 | 10,858.40 | 007332873 | 10/19/09 | 10/14/09 |
| 09/11/09 | 08/04/09 | DISTRIC OF COLUMBIA CARE CENTE | VO627126 | 6,915.48 | 007324478 | 10/05/09 | 10/11/09 |
| 09/11/09 | 09/09/09 | VOLUNTEERS OF AMERICA CHESAPEA | VO633492 | 20,913.27 | 007333005 | 10/19/09 | 10/11/09 |
| 09/11/09 | 09/09/09 | VOLUNTEERS OF AMERICA CHESAPEA | VO633514 | 1,889.37 | 007333005 | 10/19/09 | 10/11/09 |
| 09/11/09 | 09/10/09 | EBED COMMUNITY IMPROVEMENT INC | VO631094 | 16,336.38 | 007328727 | 10/09/09 | 10/11/09 |
| 09/11/09 | 09/10/09 | EBED COMMUNITY IMPROVEMENT INC | VO631601 | 16,336.38 | 007328727 | 10/09/09 | 10/11/09 |
| 09/14/09 | 09/03/09 | WHITNEY ACADEMY, INC. | VO627413 | 20,680.50 | 007324461 | 10/05/09 | 10/14/09 |
| 09/15/09 | 09/04/09 | ST. JOHN'S COMMUNITY SERVICES | VO633739 | 126,713.12 | 007332956 | 10/19/09 | 10/15/09 |
| 09/16/09 | 09/11/09 | NATIONAL CHILDREN'S CENTER | VO627124 | 175,423.81 | 007324472 | 10/05/09 | 10/16/09 |
| 09/17/09 | 09/01/09 | AGAPE HEALTHCARE SERVICES INC. | VO627472 | 4,216.00 | 007324473 | 10/05/09 | 10/17/09 |
| 09/17/09 | 09/15/09 | FINSBY CARE INC. | VO629151 | 7,084.74 | 007325619 | 10/07/09 | 10/17/09 |
| 09/17/09 | 09/15/09 | FINSBY CARE INC. | VO629166 | 2,029.80 | 007325619 | 10/07/09 | 10/17/09 |
| 09/21/09 | 09/15/09 | COLUMBUS MEDICAL SERVICES | VO627638 | 1,719.91 | 007324499 | 10/05/09 | 10/21/09 |
| 09/21/09 | 09/15/09 | COLUMBUS MEDICAL SERVICES | VO627650 | 7,000.00 | 007324499 | 10/05/09 | 10/21/09 |
| 09/21/09 | 09/15/09 | COLUMBUS MEDICAL SERVICES | VO627701 | 4,485.82 | 007324499 | 10/05/09 | 10/21/09 |
| 09/21/09 | 09/15/09 | COLUMBUS MEDICAL SERVICES | VO627707 | 2,714.18 | 007324499 | 10/05/09 | 10/21/09 |
| 09/21/09 | 09/28/09 | COLUMBUS MEDICAL SERVICES | VO627665 | 6,287.50 | 007324502 | 10/05/09 | 10/21/09 |
| 09/21/09 | 05/20/09 | DR. REBECCA J. YOUNT, LLC | VO632029 | 1,120.00 | 007328739 | 10/09/09 | 10/21/09 |
| 09/21/09 | 06/20/09 | DR. REBECCA J. YOUNT, LLC | VO632038 | 1,120.00 | 007328739 | 10/09/09 | 10/21/09 |
| 09/21/09 | 08/05/09 | WOOD SERVICES INC. | VO634878 | 90,498.00 | 007332932 | 10/19/09 | 10/21/09 |
| 09/21/09 | 08/31/09 | WOOD SERVICES INC. | VO632870 | 96,696.00 | 007328652 | 10/09/09 | 10/21/09 |
| 09/21/09 | 09/15/09 | MID-ATLANTIC SVCS. CORP. | VO633016 | 28,053.46 | 007328760 | 10/09/09 | 10/21/09 |
| 09/21/09 | 09/21/09 | COLUMBUS MEDICAL SERVICES | VO629179 | 8,787.50 | 007325557 | 10/07/09 | 10/21/09 |
| 09/23/09 | 06/05/09 | DEAF REACH | VO630021 | 2,326.24 | 007325576 | 10/07/09 | 10/23/09 |
| 09/23/09 | 08/05/09 | KIDD INTERNATIONAL HOME CARE | VO630509 | 5,245.50 | 007328697 | 10/09/09 | 10/23/09 |
| 09/23/09 | 09/14/09 | KIDD INTERNATIONAL HOME CARE | VO628595 | 5,430.75 | 007325108 | 10/06/09 | 10/23/09 |
| 09/23/09 | 09/17/09 | LIBERTY HEALTHCARE CORP. | VO628587 | 18,162.48 | 007325144 | 10/06/09 | 10/23/09 |
| 09/23/09 | 09/17/09 | LIBERTY HEALTHCARE CORP. | VO628593 | 39,613.69 | 007325144 | 10/06/09 | 10/23/09 |

EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 09/23/09 | 09/18/09 | LT JOSEPH P KENNEDY INSTITUTE | VO628604 | 91,967.08 | 001035878 | 10/05/09 | 10/23/09 |
| 09/24/09 | 09/03/09 | DC HEALTH CARE, INC. | VO633748 | 40,335.84 | 007333047 | 10/19/09 | 10/24/09 |
| 09/28/09 | 08/06/09 | DEAF REACH | VO637320 | 3,060.40 | 007334725 | 10/21/09 | 10/28/09 |
| 09/28/09 | 09/06/09 | DEAF REACH | VO633751 | 2,754.36 | 007332974 | 10/19/09 | 10/28/09 |
| 09/29/09 | 09/14/09 | GEORGETOWN UNIVERSITY | VO630504 | 83,189.00 | 007328725 | 10/09/09 | 10/29/09 |
| 09/29/09 | 07/31/09 | INST FOR DEVELOP. DISABIL. INC | VO628559 | 53,034.60 | 007325554 | 10/07/09 | 10/29/09 |
| 09/29/09 | 08/31/09 | TOTAL CARE SERVICES, INC. | VO632427 | 39,015.98 | 007328691 | 10/09/09 | 10/29/09 |
| 09/29/09 | 08/31/09 | TOTAL CARE SERVICES, INC. | VO632427 | 3,792.54 | 007328691 | 10/09/09 | 10/29/09 |
| 09/29/09 | 08/31/09 | METRO HOMES, INC. | VO635268 | 74,975.05 | 007332970 | 10/19/09 | 10/29/09 |
| 09/30/09 | 02/08/09 | DC HEALTH CARE, INC. | VO628930 | 35,088.28 | 007325621 | 10/07/09 | 10/30/09 |
| 09/30/09 | 09/28/09 | LIBERTY HEALTHCARE CORP. | VO632058 | 45,885.66 | 007328770 | 10/09/09 | 10/30/09 |
| 09/30/09 | 09/28/09 | LIBERTY HEALTHCARE CORP. | VO636628 | 14,022.68 | 007333780 | 10/20/09 | 10/30/09 |
| 09/30/09 | 09/30/09 | MARJUL HOMES INC. | VO633733 | 11,451.40 | 007332936 | 10/19/09 | 10/30/09 |
| 09/30/09 | 08/11/09 | MARK D. SEVIGNY | DE316244 | 79.00 | 007325614 | 10/07/09 | 10/30/09 |
| 10/01/09 | 10/01/09 | ASSOCIATED COMMUNITY SERVICES | DE318505 | 1,785.28 | 007333009 | 10/19/09 | 10/31/09 |
| 10/01/09 | 10/01/09 | WHOLISTIC HOME AND COMMUNITY | DE319242 | 455.42 | 007337058 | 10/26/09 | 10/31/09 |
| 10/01/09 | 08/04/09 | PSI SERVICES, INC | VO637026 | 41,099.49 | 007334756 | 10/21/09 | 10/31/09 |
| 10/01/09 | 09/03/09 | WHOLISTIC HOME AND COMMUNITY | VO634430 | 72,516.87 | 007333050 | 10/19/09 | 10/31/09 |
| 10/01/09 | 09/28/09 | COLUMBUS MEDICAL SERVICES | VO630038 | 7,150.00 | 007325624 | 10/07/09 | 10/31/09 |
| 10/01/09 | 09/28/09 | COLUMBUS MEDICAL SERVICES | VO630059 | 7,250.00 | 007325624 | 10/07/09 | 10/31/09 |
| 10/01/09 | 09/28/09 | COLUMBUS MEDICAL SERVICES | VO637268 | 7,200.00 | 007335853 | 10/22/09 | 10/31/09 |
| 10/01/09 | 09/29/09 | COLUMBUS MEDICAL SERVICES | VO630032 | 7,250.00 | 007325624 | 10/07/09 | 10/31/09 |
| 10/01/09 | 09/29/09 | COLUMBUS MEDICAL SERVICES | VO632880 | 7,200.00 | 007328767 | 10/09/09 | 10/31/09 |
| 10/01/09 | 09/29/09 | COLUMBUS MEDICAL SERVICES | VO632892 | 7,200.00 | 007328767 | 10/09/09 | 10/31/09 |
| 10/01/09 | 10/01/09 | AZURE LLC | VO632016 | 19,863.00 | 007328698 | 10/09/09 | 10/31/09 |
| 10/01/09 | 10/01/09 | WARD & WARD MENTL HEALTH SERVI | VO634386 | 123,078.30 | 001036568 | 10/15/09 | 10/31/09 |
| 10/01/09 | 10/01/09 | CAPITAL CARE INC | VO637220 | 67,810.68 | 001036755 | 10/20/09 | 10/31/09 |
| 10/01/09 | 10/01/09 | WHOLISTIC HOME AND COMMUNITY | VO637282 | 67,034.28 | 007337058 | 10/26/09 | 10/31/09 |
| 10/02/09 | 08/31/09 | CHRYSALLIS INC | VO632447 | 18,715.01 | 007328734 | 10/09/09 | 11/01/09 |
| 10/02/09 | 10/01/09 | ARC OF DC INC. | VO633410 | 6,288.24 | 007329633 | 10/13/09 | 11/01/09 |
| 10/02/09 | 10/01/09 | DIVERSIFIED TRANSPORTATION SRV | VO633759 | 9,720.22 | 001036610 | 10/16/09 | 11/01/09 |
| 10/05/09 | 10/01/09 | METRO HOMES, INC. | DE319421 | 1,468.00 | 007336992 | 10/26/09 | 11/04/09 |
| 10/05/09 | 10/01/09 | ARC OF DC INC. | VO633409 | 677.40 | 007329633 | 10/13/09 | 11/04/09 |
| 10/05/09 | 10/01/09 | CARL'S PLACE | VO633797 | 13,461.60 | 001036570 | 10/15/09 | 11/04/09 |
| 10/05/09 | 10/01/09 | RCM OF WASHINGTON, INC | VO636972 | 91,814.10 | 001036754 | 10/20/09 | 11/04/09 |
| 10/05/09 | 10/05/09 | METRO HOMES, INC. | VO638058 | 71,088.50 | 007336992 | 10/26/09 | 11/04/09 |

3

EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 10/06/09 | 10/01/09 | R.S.C.R. - WV INC. | DE318653 | 137,493.60 | 007333769 | 10/20/09 | 11/05/09 |
| 10/06/09 | 10/02/09 | CAPITOL HILL SUPPORTIVE SVCS | DE319257 | 836.32 | 007336977 | 10/26/09 | 11/05/09 |
| 10/06/09 | 03/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633934 | 12,071.37 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 04/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633860 | 13,364.74 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 05/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633953 | 12,933.61 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 05/20/09 | INDEPENDENT LIVING FOR THE HAN | VO633917 | 7,760.17 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 06/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633893 | 2,594.87 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 07/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633970 | 5,988.16 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 08/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633982 | 6,187.77 | 007332959 | 10/19/09 | 11/05/09 |
| 10/06/09 | 08/19/09 | INTEGRATED COMMUNITY SERVICES, | VO634029 | 9,459.23 | 007333004 | 10/19/09 | 11/05/09 |
| 10/06/09 | 09/30/09 | GENTLE TOUCH INC | VO633848 | 26,182.80 | 007333015 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/01/09 | PROJECT REDIRECT, INC. | VO633918 | 63,293.40 | 007333025 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/01/09 | SYMBRAL FOUNDATION FOR CITY | VO635702 | 46,359.90 | 007333000 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/02/09 | BLOSSOM SERVICES, INC. | VO634469 | 348.00 | 007333022 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/02/09 | DISTRIC OF COLUMBIA CARE CENTE | VO635622 | 6,692.40 | 007332988 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/02/09 | MT&G ENTERPRISE, LLC | VO635632 | 27,261.00 | 007332994 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/02/09 | CAPITOL HILL SUPPORTIVE SVCS | VO638209 | 5,018.28 | 007336977 | 10/26/09 | 11/05/09 |
| 10/06/09 | 10/06/09 | PSI SERVICES, INC | VO633467 | 39,773.70 | 007333016 | 10/19/09 | 11/05/09 |
| 10/06/09 | 10/06/09 | ST. JOHN'S COMMUNITY SERVICES | VO638282 | 127,166.12 | 007336982 | 10/26/09 | 11/05/09 |
| 10/07/09 | 05/01/09 | AGAPE HEALTHCARE SERVICES INC. | VO634919 | 537.00 | 007333013 | 10/19/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | TOTAL CARE SERVICES, INC. | VO633995 | 41,427.60 | 007332969 | 10/19/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | COLUMBUS MEDICAL SERVICES | VO633201 | 9,450.00 | 007329661 | 10/13/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | COLUMBUS MEDICAL SERVICES | VO637302 | 7,200.00 | 007334777 | 10/21/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | COLUMBUS MEDICAL SERVICES | VO637315 | 7,200.00 | 007334777 | 10/21/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | COLUMBUS MEDICAL SERVICES | VO637325 | 7,200.00 | 007334777 | 10/21/09 | 11/06/09 |
| 10/07/09 | 09/30/09 | COLUMBUS MEDICAL SERVICES | VO637365 | 7,200.00 | 007334777 | 10/21/09 | 11/06/09 |
| 10/07/09 | 10/06/09 | AGAPE HEALTHCARE SERVICES INC. | VO634900 | 537.00 | 007333013 | 10/19/09 | 11/06/09 |
| 10/07/09 | 10/06/09 | AGAPE HEALTHCARE SERVICES INC. | VO635125 | 4,080.00 | 007333013 | 10/19/09 | 11/06/09 |
| 10/07/09 | 10/06/09 | DC HEALTH CARE, INC. | VOVH104 | 37,564.40 | 007337752 | 10/27/09 | 11/06/09 |
| 10/08/09 | 09/30/09 | AGAPE HEALTHCARE SERVICES INC. | DE318514 | 9,610.00 | 007333763 | 10/20/09 | 11/07/09 |
| 10/08/09 | 09/30/09 | AGAPE HEALTHCARE SERVICES INC. | DE318515 | 9,610.00 | 007333763 | 10/20/09 | 11/07/09 |
| 10/08/09 | 09/30/09 | AGAPE HEALTHCARE SERVICES INC. | DE318516 | 9,300.00 | 007333763 | 10/20/09 | 11/07/09 |
| 10/08/09 | 09/30/09 | AGAPE HEALTHCARE SERVICES INC. | DE318517 | 1,240.00 | 007333763 | 10/20/09 | 11/07/09 |
| 10/08/09 | 09/30/09 | AGAPE HEALTHCARE SERVICES INC. | DE318519 | 9,300.00 | 007333763 | 10/20/09 | 11/07/09 |
| 10/08/09 | 10/06/09 | DC HEALTH CARE, INC. | DE319238 | 1,233.26 | 007337055 | 10/26/09 | 11/07/09 |
| 10/08/09 | 06/30/09 | EBED COMMUNITY IMPROVEMENT INC | VO638092 | 17,927.40 | 007337023 | 10/26/09 | 11/07/09 |

4

EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 10/08/09 | 07/01/09 | AGAPE HEALTHCARE SERVICES INC. | VO637000 | 4,080.00 | 007334754 | 10/21/09 | 11/07/09 |
| 10/08/09 | 07/01/09 | AGAPE HEALTHCARE SERVICES INC. | VO637002 | 537.00 | 007334754 | 10/21/09 | 11/07/09 |
| 10/08/09 | 09/01/09 | HEALTHCARE RESOURCES INC | VO637006 | 22,691.40 | 007334763 | 10/21/09 | 11/07/09 |
| 10/08/09 | 09/01/09 | AGAPE HEALTHCARE SERVICES INC. | VO637005 | 4,216.00 | 007334754 | 10/21/09 | 11/07/09 |
| 10/08/09 | 09/30/09 | CENTER FOR SOCIAL CHANGE, INC. | VO637373 | 12,994.50 | 007334764 | 10/21/09 | 11/07/09 |
| 10/08/09 | 10/02/09 | EBED COMMUNITY IMPROVEMENT INC | VO638119 | 13,367.60 | 007340482 | 10/28/09 | 11/07/09 |
| 10/08/09 | 10/06/09 | DC HEALTH CARE, INC. | VO638324 | 2,011.00 | 007337055 | 10/26/09 | 11/07/09 |
| 10/09/09 | 09/30/09 | CHRYSALLIS INC | DE318831 | 1,811.13 | 007334753 | 10/21/09 | 11/08/09 |
| 10/09/09 | 09/01/09 | INDEPENDENT LIVING FOR THE HAN | VO633840 | 6,187.77 | 007332959 | 10/19/09 | 11/08/09 |
| 10/09/09 | 09/01/09 | VALENTINE COMMUNITY SERVICES | VO636999 | 6,890.40 | 007334750 | 10/21/09 | 11/08/09 |
| 10/09/09 | 09/30/09 | CHRYSALLIS INC | VO637379 | 16,300.17 | 007334753 | 10/21/09 | 11/08/09 |
| 10/09/09 | 10/01/09 | ASSOCIATED COMMUNITY SERVICES | VO635184 | 96,777.00 | 007333009 | 10/19/09 | 11/08/09 |
| 10/09/09 | 10/06/09 | CARECO, INC | VO637342 | 21,267.30 | 001036758 | 10/20/09 | 11/08/09 |
| 10/09/09 | 10/07/09 | GEORGE WASHINGTON UNIVERSITY - | VO638339 | 103,650.00 | 007337727 | 10/27/09 | 11/08/09 |
| 10/09/09 | 10/08/09 | KIDD INTERNATIONAL HOME CARE | VO636973 | 5,625.75 | 007334723 | 10/21/09 | 11/08/09 |
| 10/09/09 | 10/09/09 | NATIONAL CHILDREN'S CENTER | VO638244 | 174,127.28 | 007336991 | 10/26/09 | 11/08/09 |
| 10/13/09 | 09/01/09 | COMMUNITY MULTISERVICES INC | DE318809 | 99.43 | 007334761 | 10/21/09 | 11/12/09 |
| 10/13/09 | 09/01/09 | MY OWN PLACE INC | DE319300 | 852.60 | 007336997 | 10/26/09 | 11/12/09 |
| 10/13/09 | 10/01/09 | COMMUNITY MULTISERVICES INC | DE319250 | 938.84 | 007337037 | 10/26/09 | 11/12/09 |
| 10/13/09 | 09/01/09 | MY OWN PLACE INC | VO637874 | 143,853.64 | 007336997 | 10/26/09 | 11/12/09 |
| 10/13/09 | 10/01/09 | MY OWN PLACE INC | VO637907 | 138,360.60 | 007336997 | 10/26/09 | 11/12/09 |
| 10/13/09 | 10/01/09 | COMMUNITY MULTISERVICES INC | VO636918 | 132,422.86 | 007337037 | 10/26/09 | 11/12/09 |
| 10/14/09 | 09/16/09 | INNOVATIVE CONCEPTS, INC. | VO635784 | 10,904.40 | 007332949 | 10/19/09 | 11/13/09 |
| 10/14/09 | 09/30/09 | WHITNEY ACADEMY, INC. | VO635534 | 18,465.00 | 007332930 | 10/19/09 | 11/13/09 |
| 10/16/09 | 10/06/09 | BLOSSOM SERVICES, INC. | VO638304 | 1,381.00 | 007337036 | 10/26/09 | 11/15/09 |
| 10/16/09 | 10/01/09 | ANNA HEALTHCARE, INC. | VO638789 | 544.00 | 007340483 | 10/28/09 | 11/15/09 |
| 10/16/09 | 10/01/09 | ANNA HEALTHCARE, INC. | VO638803 | 9,216.00 | 007340483 | 10/28/09 | 11/15/09 |
| 10/16/09 | 10/13/09 | LT JOSEPH P KENNEDY INSTITUTE | VO639164 | 89,000.40 | 001037356 | 10/30/09 | 11/15/09 |
| 10/20/09 | 06/01/09 | AGAPE HEALTHCARE SERVICES INC. | DE319355 | 537.00 | 007337031 | 10/26/09 | 11/19/09 |
| 10/20/09 | 12/31/08 | DEAF REACH | VO638354 | 10,328.85 | 007336998 | 10/26/09 | 11/19/09 |
| 10/20/09 | 02/11/09 | DEAF REACH | VO638356 | 10,099.32 | 007336998 | 10/26/09 | 11/19/09 |
| 10/20/09 | 04/06/09 | DEAF REACH | VO638300 | 6,962.41 | 007336998 | 10/26/09 | 11/19/09 |
| 10/20/09 | 10/01/09 | LIFE SKILLS CENTER | VO638299 | 10,575.00 | 007336988 | 10/26/09 | 11/19/09 |
| 10/21/09 | 10/01/09 | WHOLISTIC HOME AND COMMUNITY | VO638529 | 2,669.40 | 007337058 | 10/26/09 | 11/20/09 |
| 10/22/09 | 10/07/09 | COMMUNITY MULTISERVICES INC | DE319757 | 2,354.53 | 007337732 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | DE319866 | 4,166.25 | 007340488 | 10/28/09 | 11/21/09 |

5

# EVANS COURT ORDER - PAYMENTS MADE BETWEEN OCTOBER 01, 2009 TO OCTOBER 31, 2009

| Receive Date | Invoice Date | Vendor Name | Voucher No. | Amount | Check No | Check Date | Due Date |
|---|---|---|---|---|---|---|---|
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | DE319870 | 186.48 | 007340488 | 10/28/09 | 11/21/09 |
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | DE319872 | 335.47 | 007340488 | 10/28/09 | 11/21/09 |
| 10/22/09 | 10/21/09 | PRIMA CARE, P.C. | DE319699 | 107.00 | 007337715 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/21/09 | PRIMA CARE, P.C. | DE319715 | 85.00 | 007337715 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/21/09 | PRIMA CARE, P.C. | DE319718 | 266.00 | 007337715 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | VO638703 | 54,580.34 | 007337735 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | VO638706 | 37,711.86 | 007337735 | 10/27/09 | 11/21/09 |
| 10/22/09 | 10/19/09 | LIBERTY HEALTHCARE CORP. | VO638708 | 18,162.48 | 007337735 | 10/27/09 | 11/21/09 |
| Payments from October 01, 2009 to October 31, 2009 | | | | 4,573,685.36 | | | |

6