# Kathy E. Sawyer.
*Independent Compliance Administrator*

# INVOICE

3815 Pine Valley Court
Montgomery, Alabama 36116
Phone 334-202-2659  Fax 334-612-7116

INVOICE #001
DATE: SEPTEMBER 8, 2010

**TO:**
Judge Ellen Segal Huvelle
United States District Court
 For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C.  20001

**FOR:**
August 16 – 31, 2010
Independent Compliance Administrator

| DESCRIPTION | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| **Work Expenses: (Attached Activity Report)** | | | | |
| 08/12/10 | Review of Documents | .50hrs | $200/hr. | $ 100.00 |
| 08/17-19/10 | Site Visit (3 days) | 24.00hrs. | $200/hr. | 4,800.00 |
| 08/20/10 | DDA Site Visit Summary/Self Evaluation Plan | 1.00hrs. | $200/hr. | 200.00 |
| 08/20/10 | Review and Analysis of /Documents | 3.00hrs. | $200/hr. | 600.00 |
| 08/21/10 | Review and Analysis of Documents | 1.25hrs. | $200/hr. | 250.00 |
| 08/23/10 | Review and Analysis of Documents | 2.25hrs. | $200/hr. | 450.00 |
| 08/25/10 | Review and Analysis of Documents | 1.00hrs. | $200/hr. | 200.00 |
| 08/26/10 | Review and Analysis of Documents | 1.50hrs. | $200/hr. | 300.00 |
| 08/29/10 | Review and Analysis if Documents | 1.25hrs. | $200/hr. | 250.00 |
| 08/30/10 | Review and Analysis of Documents | 1.50hrs. | $200/hr. | 300.00 |
| 08/31/10 | Review and Analysis of Documents | 1.15hrs. | $200/hr. | 230.00 |
| **Total:** | | **38.40hrs.** | | **$7,680.00** |
| **Travel Related Expenses:** | | | | |
| 08/16-19/10 | Travel Time Montgomery, Al. to/from Washington, D.C | 6.0hrs. | $100.0 | 1.200.00 |
| 08/16-19/10 | Air Travel/Hotel Expense | NA | Actual | 986.83 |
| 08/16-19/10 | Per Diem (3 days) | NA | $69/day | 207.00 |
| 08/16-19/2010 | Taxi Expense | NA | $60/max. | 55.00 |
| **Total:** | | | | **$2448.83** |
| **Total Due:** | | | | **$10,128.83** |