**Kathy E. Sawyer, ACSW**  
*Independent Compliance Administrator*

3815 Pine Valley Court  
Montgomery, Alabama 36116  
Phone 334-202-2659  Fax 334-612-7116

INVOICE

**INVOICE #002**  
DATE: OCTOBER 3, 2010

**TO:**  
Judge Ellen Segal Huvelle  
United States District Court  
 For the District of Columbia  
333 Constitution Avenue, NW  
Washington, D.C.  20001

**FOR:**  
September, 2010  
Independent Compliance Administrator

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **Work Expenses (See Attached Activity Report)** | | | |
| 09/02-06/10  Reviewed SRI Investigation Reports(18) | 9.0 | $200hr. | $1,800 |
| 09/08/10       Conference Call with DDS/DDA Officials | 1.0 | " . | 200 |
| 09/10-11/10  Reviewed QT Monitoring Reports 2007-2009 | 2.0  . | " . | 400 |
|                        Reviewed and Analyzed DDS/DDA Self Evaluation | 5.0 | " | 1,000 |
| 09/12-13/10  Reviewed Provider Certification Reports (1) | 1.0  . | " | 200 |
|                        Reviewed Death Notification and Report | .50 | " | 100 |
| 09/14-17/10  On-Site Visit to D.C (3 days) | 24.0 | " | 4,800 |
| 09/17-18/10  Reviewed and Analyzed Revised DDS/DDA Self Evaluation | 3.0 | " | 600 |
|                        Reviewed SRI Investigation Reports (12) | 5.25 | " | 1,050 |
| 09/20-23/10  Reviewed Provider Certification Reports (4) | 4.50 | " | 900 |
|                        Reviewed SRI Investigation Reports (4) | 2.25 | " | 450 |
| 09/26/10       Drafted Guidelines for DDS/DDA Joint Parties Meeting | 1.0 | " | 200 |
|                        Reviewed Quality Trust Annual Report 2010 | 1.0 | " | 200 |
| 09/27-28/10   Reviewed DDS/DDA FY11 Budget | .50 | " | 100 |
|                        Reviewed Draft Joint Monitoring Tool Documents | 4.75 | " | 950 |
|                        Reviewed Provider Certification Reports (4) | 3.0 | " | 600 |
| 09/29/10       Conference Call with DDS/DDA Officials | .50 | " | 100 |
| 09/26-30/10  Developed DDS/DDA Draft Work Plan and Schedule of Compliance | 6.75 | " | 1,350 |
| **Total:** | **75hrs.** | | **$15,000.40** |
| **Travel Related Expenses** | | | |
| 09/14-17/10     Travel Time (Round Trip) | 6hrs. | $100hr. | 600.00 |
|                           Air Fare and Fees | | Actual | 580.40 |
|                           Hotel | | " | 800.00 |
|                           Parking, Taxi,etc. | | $60.00 | 60.00 |
|                           Per Diem | | $69/day | 207.00 |
| 09/30/10          Travel Time (One Way) | 3hrs. | $100hr. | 300.00 |
|                           Air Fare and Fees | | Actual | 269.40 |

| | | |
|---|---|---:|
| Hotel | Actual | 229.00 |
| Per Diem | $69/day | 69.00 |
| **Total** | | **$3114.40** |

| | |
|---|---:|
| **Total Due** | **$18,139.40** |