# INVOICE

**Kathy E. Sawyer, ACSW**
**Independent Compliance Administrator**
**3815 Pine Valley Court**
**Montgomery, Alabama**
**36116**
**Phone 334-202-2659  Fax 334-612-7116**

| TO: | FOR: |
|---|---|
| **Judge Ellen Segal Huvelle** | **Invoice #003 for October, 2010** |
| **United States District Court** | **Submitted: November 3, 2010** |
| **For the District of Columbia** | **Independent Compliance Administrator** |
| **333 Constitution Avenue, NW** | |
| **Washington, D.C.  20001** | |

| Description of Work Performed (See Attached Activity Report) | HOURS@$200/hr. |
|---|---|
| 10/1-6/2010 **Site Visit (4 days)** | 32.00hrs. |
| 10/07/2010 **Reviewed Mayoral Order: FY2011 Spending Allocation** | .75hrs. |
| 10/08/2010 **Reviewed Serious Incident Reports (17 Class Members)** | 8.25hrs. |
| 10/12/2010 **Drafted DDS Evans Work Plan for October** | 1.25hrs. |
| 10/13/2010 **Reviewed Provider Certification Review** | .75hrs. |
| **Reviewed December 2010 Testimony and Rebuttal** | 3.00hrs. |
| 10/14/2010 **DDS Conference Call** | 1.00hrs. |
| **Reviewed IDI Complaint, Settlement Agreement and Monitoring Report** | 5.50hrs. |
| 10/18-20/2010 Reviewed Serious Incident Reports (5 Class Members) | 3.00hrs. |
| 10/20/2010 **Conference Call with Mark Back** | .75hrs. |
| 10/21/2010 **Reviewed Draft Revisions to Joint Monitoring Tool** | 1.75hrs. |
| 10/22-23/2010 Reviewed Serious Incident Investigations (4 Class Members) | 2.50hrs. |
| **Reviewed Health Form Documents** | .75hrs. |
| 10/24/2010 **Reviewed GW Scope of Work and Related Documents for IDI Review** | 2.00hrs. |
| 10/28/2010 **DDS Conference Call** | 1.00hrs. |
| 10/30/2010 **Reviewed Careco Monitoring Report** | 1.00hrs. |
| **Total Hours** | **65.25hrs.** |
| **Amount Due** | **$13,050.00** |

| Travel Related Expenses | | Rates/Costs |
|---|---|---|
| 10/1-6/2010 **Hotel** | | **$1,207.79** |
| **Travel Time (One Way)** | 3hrs.@100/day | 300.00 |
| **Air Fare and Fees** | Actual | 294.40 |
| **Airport Parking** | | 72.00 |
| **Taxi, Shuttles, etc.** | | 49.50 |
| **Per Diem** | $69/day | 360.00 |
| **Parties meeting Expense** | | 130.44 |
| **Amount Due** | | **$2414.13** |

| Total Amount Due | $ 15,464.13 |
|---|---|