# Invoice

Kathy E. Sawyer, ACSW
3815 Pine Valley Court
Montgomery, Alabama 36116
Phone 334-202-2659  Fax 334-612-7116

**TO:**
Judge Ellen Segal Huvelle
United States District Court
 For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**FOR:**
Invoice #004 for November, 2010
Submitted:  December 1, 2010
Independent Compliance Administrator

| Description of Work Performed (See Attached Activity Report | Hours @ $200.Hr. |
|---|---|
| November 2, 2010      Review of DDS Documents | .75 |
| November 2-5, 201     Site Visit (3 Days) | 21.00 |
| November 10, 2010     Evans Parties Conference Call | .75 |
| November 8-12, 2010   Review of DDS Documents | 8.25 |
| November 15, 2010     Review of Court Monitor's Monitoring Tool and Guideline | 1.75 |
| November 16, 2010     Review of GW Report of Findings | 1.25 |
| November 17-19, 2010  Site Visit (2 Days) | 13.00 |
| November 20-26, 2010  Review of DDS Documents | 14.75 |
| November 26, 2010     Evans Parties Conference Call | .75 |
| November 26-30, 2010  Review of DDS Documents | 5.75 |
| Total Hours | 68.00 |
| Amount Due | $13,600 |

Travel Expense:
November 2-6, 2010

| | |
|---|---|
| Airfare, Hotel, Fees | $1, 208.00 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 48.00 |
| Per Diem @ $69 per day (4 Days) | 276.00 |
| Taxi, Shuttle Service, etc. | 60.00 |

November 17-19, 2010

| | |
|---|---:|
| Airfare, Hotel, Fees | $1029.75 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 36.00 |
| Per Diem @ $69 per day (3 Days) | 207.00 |
| Taxi, Shuttle Service, etc. | 65.00 |
| Total Travel Expense | $4192.85 |
| **Total Amount Due** | **$17,792.85** |