# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| TO: | FOR: |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #005 for December, 2010 |
| United States District Court | Submitted January 5, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report | | Hours @ $200 Hr. |
|---|---|---|
| December 7, 2010 | Review of DDS/Evans Documents | 1.35 |
| December 9-10, 2010 | Site Visit (2 Days) | 16.00 |
| December 14-15, 2010 | Review and Call re: DDS/Evans Documents | 2.20 |
| December 16-17, 2010 | Site Visit (2 Days) | 16.00 |
| December 18-20, 2010 | Review of DDS Documents | 3.00 |
| December 23, 2010 | Review of DDS Documents | 1.50 |
| December 27-31, 2010 | Review of DDS Documents and Draft of Evans Work Plan | 5.40 |

Total Hours                                                                                         45.45

Amount Due                                                                                     $9,090.00

**Travel Expense:**

December 8-10, 2010

| | |
|---|---:|
| Hotel/Airfare and Fees | $ 973.40 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 30.00 |
| Per Diem @ $69/day (2.5 Days) | 172.50 |
| Taxi, Shuttle Service | 45.00 |

December 16-17, 2010

| | |
|---|---:|
| Hotel | 207.24 |
| Airfare and Fees | 600.80 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Per Diem @ $69.day (2 Days) | 138.00 |
| Airport Parking | 15.00 |
| Taxi, Shuttle Service, etc. | 30.00 |
| Total Travel Expense | $3,411.94 |

**Total Amount Due:** **$12,501.94**