# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| TO: | FOR: |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #006 for January 2011 |
| United States District Court | Submitted February 1, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report | Hours @ $200 Hr. |
|---|---|
| January 3-4, 2011 — Review of DDS Documents, Court Monitor's Guidelines Planning for Provider Training/Meeting | 9.75 |
| January 5-7, 2011 — Review of DDS Documents, Serious Reportable Incident Investigations, ULS Report, and DDS Conference Call | 14.90 |
| January 10-15, 2011 — Review of DDS Documents, Court Monitor's Health Care Report and Liberty Final Reports | 8.05 |
| January 18-21, 2011 — DDS Site Visit (4 days) | 36.00 |
| January 24-31, 2011 — Review of DDS Documents, Serious Reportable Incident Investigations, Conference Calls with Plaintiff, Court Monitor and DDS, Revision of DDS Compliance Plan and Schedule | 10.25 |
| **Total Hours** | **78.95** |

| | |
|---|---|
| **Amount Due** | **$15,790.00** |

**Travel Expense**

January 18-21, 2011

| | |
|---|---|
| Hotel | $630.00 |
| Airfare and Fees | 425.80 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 45.00 |
| Taxi, Shuttle, etc. | 32.00 |
| **Total Travel Expense** | **$2,990.00** |
| | |
| **Total Amount Due:** | **$18,780.00** |