**Invoice**

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

**TO:**                                                              **FOR:**

Judge Ellen Segal Huvelle                     Invoice #007 for February 2011

United States District Court                    Submitted March 1, 2011

 For the District of Columbia              Independent Compliance Administrator

333 Constitution Avenue, NW

Washington, DC 20001

| Description of Work Performed (See Attached Activity Report) | Hours @ $200 Hr. |
|---|---|
| February 1-6, 2011 — Review of DDS Documents, Court Monitor's Health Reports, Planning for Evans Reviews, Conference Calls | 14.40 |
| February 7-15, 2011 — DDS Site Visit (7 Days) | 54.00 |
| February 16-21, 2011 — Review of DDS Documents, Court Monitor's Report DDS Court, ULS Report, Edit and Draft of Evans Plan, Conference Calls | 12.70 |
| February 22-28, 2011 — Review of DDS Documents, Serious Reportable Investigations, DDS and Court Monitor's Reports, DDS FY 2012 Budget Request | 4.40 |
| **Total Hours** | **85.50** |
| **Amount Due** | **$17,100.00** |

**Travel Expense**

February 7-15, 2011

| | |
|---|---:|
| Hotel, Airfare and Fees | 1,535.41 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 92.00 |
| Per Diem @ $69/day (7Days) | 483.00 |
| Taxi, Shuttle, etc. | 70.00 |
| **Total Travel Expense** | **$2,780.41** |
| | |
| **Total Amount Due:** | **$19,880.41** |