# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| **TO:** | **FOR:** |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #008 for March 2011 |
| United States District Court | Submitted April 1, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report) | Hours @ $200 Hr. |
|---|---|
| March 1-2, 2011   DDS Site Visit (2 days) | 11.00 |
| March 3-13, 2011   Review of DDS Documents | 6.55 |
| March 14-24, 2011  DDS Site Visit (9 days) | 72.00 |
| **Total Hours** | **89.55** |
| **Amount Due** | **$17,910.00** |

**Travel Expense**

March 1-2, 2011

| | |
|---|---|
| Hotel, Airfare and Fees | 1156.60 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 12.00 |

| | |
|---|---:|
| Per Diem @ $69/day (7Days) | 138.00 |
| Taxi, Shuttle, etc. | 25.00 |
| **Total Travel Expense** | **$1,441.60** |

March 14-24, 2011

| | |
|---|---:|
| Hotel, Airfare and Fees | 2,106.80 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 110.00 |
| Per Diem @ $69/day (11 days) | 759.00 |
| Taxi, Shuttle, etc. | 65.00 |
| **Total Travel Expense** | **$3,640.00** |

| | |
|---|---:|
| **Total Amount Due:** | **$22,991.60** |