# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| **TO:** | **FOR:** |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #009 for April 2011 |
| United States District Court | Submitted May 2, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| **Description of Work Performed (See Attached Activity Report)** | **Hours @ $200 Hr.** |
|---|---|
| April 1-10, 2011   Review and Preparation of Evans Reports | 9.00 |
| April 11-15, 2011   DDS Site Visit (4 1/2 Days) | 36.00 |
| April 16-26, 2011   Review and Preparation of Evans Reports | 8.00 |
| April 27-28, 2011   DDS Site Visit (1Day) | 8.00 |
| April 29-30, 2011   Review and Preparation of Evans Reports | 6.00 |
| **Total Hours** | **68.00** |
| **Amount Due** | **$13,600.00** |

**Travel Expense**

April 11-15, 2011

Hotel                                                                                                                   1757.40

| | |
|---|---|
| Airfare and Fees | 872.80 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 48.00 |
| Per Diem @ $69/day (4Days) | 276.00 |
| Taxi, Shuttle, etc. | 30.00 |
| **Travel Expense** | **$3584.20** |

April 27-28, 2011

| | |
|---|---|
| Hotel | 256.00 |
| Airfare and Fees | 883.60 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 12.00 |
| Per Diem @ $69/day (11 days) | 69.00 |
| Taxi, Shuttle, etc. | 30.00 |
| **Travel Expense** | **$1850.60** |
| **Total Travel Expenses** | **$5434.80** |

**Total Amount Due:** **$19,034.80**