# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| TO: | FOR: |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #010 for May 2011 |
| United States District Court | Submitted June 1, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report) | Hours @ $200 Hr. |
|---|---|
| May 1-7, 2011      Review of DDS and Other Documents | 14.35 |
| May 8-14, 2011     Review of DDS and Other Documents | 11.05 |
| May 15-16, 2011    Review of DDS and Other Documents | 4.00 |
| May 17-25, 2011    DDS On Site Visit (9 Days) | 60.00 |
| May 26-31, 2011    Review of DDS and Other Documents | 8.05 |
| **Total Hours** | **97.45** |
| **Amount Due** | **$19,490.00** |

**Travel Expense**

Ma7 17-25, 2011

Airfare                                                                                                                        841.40

| | |
|---|---|
| Hotel | 1468.00 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 96.00 |
| Per Diem @ $69/day (9Days) | 621.00 |
| Taxi, Shuttle, etc. | 165.00 |
| **Total Travel Expense** | **3791.40** |
| | |
| **Total Amount Due:** | **$23,281.40** |