**Invoice**

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| TO: | FOR: |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #011 for June 2011 |
| United States District Court | Submitted July 1, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report) | Hours @ $200 Hr. |
|---|---|
| June 2-4, 2011 DDS Site Visit (2 days) | 16.00 |
| June 6-12, 2011 Review of DDS and Other Documents | 8.45 |
| June 13-19, 2011 Review of DDS Documents, IMEU Reports, Evans 17 Reports | 8.15 |
| June 21, 30, 2011 DDS On Site Visit (10 Days) | 65.00 |
| **Total Hours** | **97.60** |
| **Amount Due** | **$19,520.00** |

**Travel Expense**

June 2-4, 2011

| Airfare | 840.40 |
|---|---|
| Hotel | 442.00 |

| | |
|---|---:|
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 24.00 |
| Per Diem @ $69/day (2 days) | 138.00 |
| Taxi, Shuttle, etc. | 32.00 |

June 21-30, 2011

| | |
|---|---:|
| Airfare ........................................................................................................ | 640.00 |
| Hotel | 2,164.00 |
| Travel Time @ $100/hr. for 6hrs | 600.00 |
| Airport Parking | 108.00 |
| Per Diem @ $69/day (10 days) | 621.00 |
| Taxi, Shuttle, etc. | 32.00 |
| **Total Travel Expense** | **$6,241.40** |

| | |
|---|---:|
| **Total Amount Due:** | **$25,761.40** |