# Invoice

Kathy E. Sawyer, ACSW

3815 Pine Valley Court

Montgomery, Alabama 36116

| TO: | FOR: |
|---|---|
| Judge Ellen Segal Huvelle | Invoice #012 for July 2011 |
| United States District Court | Submitted August 1, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

| Description of Work Performed (See Attached Activity Report) | Hours @ $200 Hr. |
|---|---|
| July 1-8, 2011  Review of Provider and DDS Documents, Conference Calls | 13.00 |
| July 9-16, 2011  Review of DDS Documents, IMEU Reports, Conference Calls | 9.15 |
| July 19-22, 2011  DDS On Site Visit  (4 Days) | 42.00 |
| July 23-31, 2011 | 13.40 |
| **Total Hours** | **77.55** |
| **Amount Due** | **$15,510.00** |

**Travel Expense**

July 19-22, 2011

Airfare                                                                                                              940.80

| | |
|---|---|
| Hotel | 776.00 |
| Travel Time @ $100/hr. for 6hrs. | 600.00 |
| Airport Parking | 24.00 |
| Per Diem @ $69/day (4 days) | 276.00 |
| Taxi, Shuttle, etc. | 30.00 |
| **Total Travel Expense** | **$2,646.80** |
| | |
| **Total Amount Due:** | **$18,156.80** |