Invoice

Kathy E. Sawyer

3815 Pine Valley Court

Montgomery, Alabama 36116

| **TO:** | **FOR:** |
|---|---|
| Judge Ellen Huvelle | Invoice # 013 |
| United States District Court | Submitted September 3, 2011 |
| For the District of Columbia | Independent Compliance Administrator |
| 333 Constitution Avenue, NW | |
| Washington, DC  20001 | |

| **Description of Work Performed (See Attached Activity Report)** | **Hours @ $200Hr.** |
|---|---|
| August 1-6, 2011    Review of DDS and *Evans* Related Reports, etc. | 14.2hrs. |
| August 7-12, 2011   DDS Site Visit (5 days) | 50hrs. |
| August 13-22, 2011  Review of DDS and *Evans* Related Reports, etc. | 13.25hrs. |
| August 23-26, 2011  DDS Site Visit (4 days) | 32.0hrs. |
| August 27-31, 2011  Review of DDS and *Evans* Related Reports, etc. | 4.10hrs |
| **Total Hours** | **113.55hrs.** |
| **Amount Due** | **$ 22,710.00** |

**Travel Expense**

**August 7-12, 2011**

| | |
|---|---|
| Airfare and Fees | $ 820.00 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 900.35 |
| Per Diem | 414.00 |
| Parking | 60.00 |
| Taxis, Shuttles, etc. | 30.00 |
| **Total** | **$ 2824.35** |

**August 23-26, 2011**

| | |
|---|---|
| Airfare and Fees | $ 841.00 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 561.32 |
| Per Diem | 276.00 |
| Parking | 36.00 |
| Taxis, Shuttles, etc. | 30.00 |
| **Total** | **$ 2344.32** |
| **Total Travel Expense** | **$ 5,168.67** |
| | |
| **Total Amount Due:** | **$ 27,878.67** |