Invoice

Kathy E. Sawyer
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO:**                                                                                          **FOR**:
Judge Ellen Huvelle                                                                  Invoice # 014
United States District Court                                                  Submitted:  October 1, 2011
For the District of Columbia                                                Independent Compliance Administrator
333 Constitution Avenue, NW
Washington, DC 20001

| **Description of Work Performed    (See Attached Activity Report)** | | **Hours @ $200Hr.** |
|---|---|---|
| September 1-7, 2011 | Conference Calls; Review of DDS Documents, etc. | 5.20hrs |
| September 8-16, 2011 | DDS On site visit (9 days) | 67.15hrs. |
| September 19-27, 2011 | Review of DDS Documents, Conference Calls, etc. | 14.05hrs. |
| September 28-30, 2011 | DDS On site Visit (3 days) | 27.35hrs. |

**Total Hours**                                                                                                **113.75hrs.**

**Amount Due**                                                                                                **$ 22,750.00**

**Travel Expense**

**September 8-16, 2011**
| | |
|---|---|
| Airfare and Fees | $ 875.50 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 1,440.00 |
| Per Diem | 621.00 |
| Parking | 96.00 |
| Taxis, Shuttles, etc. | 30.00 |
| **Total** | **$ 3662.50** |

**September 28-30, 2011**

| | |
|---|---:|
| Airfare and Fees (One Way) | $ 441.50 |
| Travel Time @ $100/hr. for 6 hrs. (One Way) | 300.00 |
| Hotel | 540.00 |
| Per Diem | 207.00 |
| Parking | 36.00 |
| Taxis, Shuttles, etc. | 30.00 |
| **Total** | **$ 1554.50** |
| **Total Travel Expense** | **$ 5217.00** |
| **Total Amount Due:** | **$ 27,967.00** |