**Invoice**

Kathy E. Sawyer
3815 Pine Valley Court
Montgomery, Alabama 36116

| **TO:** | **FOR**: |
|---|---|
| Judge Ellen Huvelle | Invoice: # 015 |
| United States District Court | Submitted: November 1, 2011 |
| For the District of Columbia Independent Compliance Administrator | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | | |
|---|---|---|
| October 1-5, 2011 | DDS On site Visit (5 Days) | 35.55hrs |
| October 6-14, 2011 | Review of DDS Documents | 8.25hrs. |
| October 15-22, 2011 | Review of DDS, Deputy Mayor and Court Monitor Documents | 10.45hrs. |
| October 23-26, 2011 | DDS On site Visit (3 days)         . | 29.00hrs. |
| October 27-41, 2011 | Review of DDS and Court Monitor Documents | 16.15hrs. |
| **Total Hours** | | **99.40hrs.** |

**Amount Due:**                                                    **$ 19,980.00**

**Travel Expense**

**October 1-5, 2011**

| | |
|---|---|
| Airfare and Fees (One Way Return) | $ 434.40 |
| Travel Time @ $100/hr. for 6 hrs.  (One Way Return) | 300.00 |
| Hotel | 719.08 |
| Per Diem | 345.00 |
| Parking | 60.00 |
| Taxis, Shuttles, etc. | 45.00 |
| **Total** | **$ 1,903.48** |

**October 23-26, 2011**

| | |
|---|---|
| Airfare and Fees | $ 1005.40 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 368.63 |
| Per Diem | 207.00 |
| Parking | 36.00 |
| Taxis, Shuttles, etc. | 150.00 |
| **Total** | **$ 2,367.03** |

| | |
|---|---|
| **Total Travel Expense** | **$ 4,270.51** |
| **Total Amount Due:** | **$ 24,150.51** |