# Invoice
## Kathy E. Sawyer
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

| | |
|---|---|
| **TO:** | **FOR**: |
| Judge Ellen Huvelle | Invoice: # 015 |
| United States District Court | Submitted: November 1, 2011 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | |
|---|---|
| November 1-6, 2011    Review of DDS Documents, Conference Calls with DDS, IDI | 14.25hrs |
| November 7-11, 2011   DDS Site Visit (4 Days) | 32.45hrs. |
| November 12-20, 2011 Review of DDS, Provider Documents, Conference Calls | 10.15hrs. |
| November 21-27, 2011 Review of DDS, Provider Documents, Conference Calls | 12.15hrs. |
| November 28-30, 2011 DDS Site Visit (2 Days) | 20.40hrs. |
| **Total Hours** | **89.40 hrs.** |

| | |
|---|---|
| **Amount Due:** | **$ 17,880.00** |

**Travel Expense**

**November 7-11, 2011**

| | |
|---|---|
| Airfare and Fees | $ 853.00 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 720.00 |
| Per Diem | 345.00 |
| Parking | 60.00 |
| Taxis, Shuttles, etc. | 180.00 |
| **Total** | **$ 2,758.00** |

**November 28-30, 2011**

| | |
|---|---|
| Airfare and Fees  (One way) | $373.40 |
| Travel Time @ $100/hr. for 6 hrs.  (One way) | 300.00 |
| Hotel | 540.00 |
| Per Diem | 276.00 |
| Parking | 27.00 |
| Taxis, Shuttles, etc.  (One way) | 90.00 |
| **Total** | **$ 1,606.40** |
| **Total Travel Expense** | **$ 4,364.40** |
| **Total Amount Due:** | **$ 22,244.40** |