# Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                                                                  Invoice: # 016
United States District Court                                                             Submitted: January 1, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | |
|---|---|
| December 1-2, 2011    DDS Site Visit (2 Days) | 14.50hrs. |
| December 3-10, 2011   Review of DDS and IDI Documents, Conference Calls | 25.05hrs. |
| December 11-17, 2011 Review of DDS, IDI Documents, Special Review, Conference Calls | 22.25hrs. |
| December 18-24, 2011 Review of DDS, IDI, JA Documents, Conference Calls | 21.15hrs. |
| December 25-31, 2011 Review of DDS and IDI Documents, Special Review, Conference Calls | 4.40hrs. |
| **Total Hours** | **87.35 hrs.** |

**Amount Due:**                                                                                            **$17,470.00**

**Travel Expense**

**December 1-2, 2011**
| | |
|---|---|
| Airfare and Fees (One Way Return) | 482.00 |
| Travel Time @ $100/hr. for 3 hrs. (One Way) | 300.00 |
| Hotel | 180.00 |
| Per Diem | 138.00 |
| **Total** | **$ 1,100.00** |

**Total Amount Due:**                                                                                     **$ 18,570.00**