**Invoice**
**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO:**                                                                                                        **FOR**:
Judge Ellen Huvelle                                                                                    Invoice: # 017
United States District Court                                                                        Submitted: February 1, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | |
|---|---|
| January 4-13, 2012   DDS Site Visit (10 Days) | 78.00hrs. |
| January 14-21, 2012 Review of DDS Documents, Joint Monitoring Reports, Conference Calls | 28.05hrs. |
| January 22-28, 2012 Review of DDS Documents, Conference Calls, Court Monitor Report | 10.55hrs. |
| January 29-30, 2012 Review of DDS Documents, Conference Calls | 2.06hrs. |
| January 31, 2012     DDS Site Visit (1 Day) | 2.00hrs. |
| **Total Hours** | **120.66hrs.** |

**Amount Due:**                                                                                                    **$ 24,132.00**

**Travel Expense**

**January 4-13, 2012**
| | |
|---|---|
| Airfare and Fees | $ 853.00 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 1620.00 |
| Per Diem | 690.00 |
| Parking | 108.00 |
| Taxis, Shuttles, etc. | 30.00 |
| **Total** | **$ 3,901.00** |

**January 31, 2012**
| | |
|---|---|
| Airfare and Fees (One way) | $426.50 |
| Travel Time @ $100/hr. for 3 hrs.  (One way) | 300.00 |
| Hotel | 180.00 |
| Per Diem | 69.00 |
| Taxis, Shuttles, etc.  (One way) | 15.00 |
| **Total** | **$ 990.50** |

**Total Travel Expense**                                                                                    **$ 4,591.50**

**Total Amount Due:**                                                                                        **$ 28,723.50**