**Invoice**
**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

TO:                                                                                          FOR:
Judge Ellen Huvelle                                                              Invoice: # 018
United States District Court                                               Submitted: March 1, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | | |
|---|---|---|
| February 1-3, 2012 | DDS Site Visit (3 Days) | 26.0hrs. |
| February 4-10, 2012 | Review of DDS Documents, Conference Calls, etc. | 19.5hrs. |
| February 11-17, 2012 | Review of DDS Documents, Conference Calls, Analyzed Reports | 5.5hrs. |
| February 18-26, 2012 | Review of DDS Documents, Conference Calls | 2.25hrs. |
| February 27-29, 2012 | DDS Site Visit (3 Day) | 32.15hrs. |
| **Total Hours** | | **85.4hrs.** |

**Amount Due:**                                                                                         $ 17,080.00

**Travel Expense**

**February 1-3, 2012**
| | |
|---|---|
| Airfare and Fees (One Way) | $ 431.50 |
| Travel Time @ $100/hr. for 3 hrs.   (One Way) | 300.00 |
| Hotel | 360.00 |
| Per Diem | 207.00 |
| Parking | 36.00 |
| Taxis, Shuttles, etc. | 15.00 |
| **Total** | **$ 1,349.50** |

**February 27-29, 2012**
| | |
|---|---|
| Airfare and Fees (One way) | $426.50 |
| Travel Time @ $100/hr. for 3 hrs.  (One way) | 300.00 |
| Hotel | 540.00 |
| Per Diem | 207.00 |
| Taxis, Shuttles, etc.  (One way) | 15.00 |

**Total**                                                                                                        $1,493.50

**Total Travel Expense**                                                                       $ 2,843.00

**Total Amount Due:**                                                                            $ 19,923.00