# Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 019 |
| United States District Court | Submitted: April 2, 2012 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr.**

| | | |
|---|---|---|
| March 1-2, 2012 | DDS Site Visit (2 Days) | 14.50hrs. |
| March 5-9, 2012 | Review of DDS Documents, Conference Calls, Evans Report | 7.25hrs. |
| March 11-16, 2012 | DDS Site Visit (5 Days) | 50.25hrs. |
| March 19-23, 2012 | Review of DDS Documents, Conference Calls, Evans Summari | 6.40hrs. |
| March 25-30, 2012 | Review of DDS Documents, Provider Contacts, Conference Calls | 7.50hrs. |
| **Total Hours** | | **85.9 hrs.** |

**Amount Due:**                                                                                   $17,180.00

**Travel Expense**
**March 1-2, 2012 Site Visit (2 Days)**

| | |
|---|---|
| Airfare and Fees (One Way Return) | 482.00 |
| Travel Time @ $100/hr. for 3 hrs. (One Way) | 300.00 |
| Hotel | 180.00 |
| Per Diem | 138.00 |
| Parking | 48.00 |
| Taxi | 15.00 |
| **Total** | **$ 1,163.00** |

**March 11-16, 2012 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 823.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 900.00 |
| Per Diem | 345.00 |
| Taxis | 30.00 |
| **Total** | **$ 2,698.50** |

**Total Amount Due:**                                                                              **$ 21,041.50**