# Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                       Invoice: # 020
United States District Court                              Submitted: May 2, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| Date | Description | Hours |
|---|---|---|
| April 2-9, 2012 | Review of DDS Documents, Conference Calls, etc. | 8.50hrs. |
| April 11-13, 2012 | DDS Site Visit (3 Days) | 24.25hrs. |
| April 16-19, 2012 | Review of DDS Documents, Conference Calls, Meeting Summaries | 12.15hrs. |
| April 23-26, 2012 | DDS Site Visit (4 Days) | 30.25hrs. |
| April 30, 2012 | Review of DDS Documents, Conference Calls, Provider Contacts | 2.50hrs. |
| **Total Hours** | | **78.00 hrs.** |

**Amount Due:**                                                $15,600.00

**Travel Expense**
**April 10-13, 2012 Site Visit (3 Days)**

| | |
|---|---|
| Airfare and Fees | 665.00 |
| Travel Time @ $100/hr. for 3 hrs. | 600.00 |
| Hotel | 540.00 |
| Per Diem | 207.00 |
| Parking | 36.00 |
| Taxi | 32.00 |
| **Total** | **$ 2,080.00** |

**April 22-26, 2012 Site Visit (4 Days)**

| | |
|---|---|
| Airfare and Fees (One Way) | 482.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 360.00 |
| Per Diem | 207.00 |
| Taxis | 65.00 |
| Parking | 36.00 |
| **Total** | **$ 1,750.50** |

**Total Amount Due:**                                          **$ 19,430.50**