**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 021
United States District Court                                     Submitted: June 1, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**
May 1-5, 2012    Review of DDS Documents, Conference Calls, etc.                        9.10hrs.
May 6-12, 2012   Review of DDS Documents, Conference Calls, Provider Contacts          14.45hrs.
May 13-19, 2012 Review of DDS Documents, Conference Calls, Meeting Summaries           10.25hrs.
May 20-24, 2012 DDS Site Visit (4 Days)                                                30.00hrs.
May 25-31, 2012  Review of DDS Documents, Conference Calls, Provider Contacts          15.30hrs.
                                                                          **Total Hours 79.10 hrs.**

**Amount Due:**                                                                    **$15,820.00**


**Travel Expense**

**May 20-24, 2012 Site Visit (4 Days)**
Airfare and Fees (One Way)                                                              882.50
Travel Time @ $100/hr.                                                                  600.00
Hotel                                                                                   540.00
Per Diem                                                                                345.00
Taxis                                                                                    30.00
Parking                                                                                  48.00
**Total**                                                                           **$ 2445.50**

**Total Amount Due:**                                                              **$18,265.50**