**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                                                                         Invoice: # 022
United States District Court                                                                         Submitted: July 2, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**
June 1-2    Reviewed Joint Monitoring Protocols and Guidelines, DDS Documents, Calls      5.50hrs.
June 3-6, 2012    DDS Site Visit (4 Days)                                                                              41.15hrs.
June 7-10, 2012   Review of DDS Documents, Conference Calls, Meeting Summaries       13..25hrs.
June 19-22, 2012 DDS Site Visit (4 Days)                                                                             34.00hrs.
June 23-30, 2012  Review of DDS Documents, Conference Calls, Certification Procedures, etc.   8.25hrs.
                                                                                                              **Total Hours 102.15 hrs.**
**Amount Due:**                                                                                              **$20,430.00**

**Travel Expense**
**June 3-6, 2012 Site Visit (4 Days)**
Airfare and Fees                                                                                                            875.20
Travel Time @ $100/hr.                                                                                                 600.00
Hotel                                                                                                                              540.00
Per Diem                                                                                                                        276.00
Taxis                                                                                                                                30.00
Parking                                                                                                                            32.00
**Total**                                                                                                                **$ 2353.20**

**June 19-22, 2012 Site Visit (4 Days)**
Airfare and Fees                                                                                                            900.25
Travel Time @ $100/hr.                                                                                                 600.00
Hotel                                                                                                                              540.00
Per Diem                                                                                                                        276.00
Taxis                                                                                                                                30.00
Parking                                                                                                                            32.00
**Total**                                                                                                                **$ 2378.25**


**Total Amount Due:**                                                                                        **$25,161.45**