**Invoice**
**(Corrected)**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 023
United States District Court                              Submitted: August 2, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| July 1-7    Reviewed DDS Documents, Calls, Draft Reports | 13.0hrs. |
| July 8-14   Reviewed DDS Documents, Court Monitor Reports, Contacts with Parties | 20.5hrs. |
| July 15-18 Reviewed DDS Documents, Conference Calls, Court Reports | 16.0hrs. |
| July 19-24 DDS Site Visit (5 Days) | 29.0hrs. |
| July 25-28 Reviewed DDS Documents, Conference Calls, Certification Procedures, etc. | 17.0hrs. |
| July 29-31 Drafted Certification Documents, Reports, DDS Contacts | 25.5hrs. |

                                                                                    **Total Hours: 121.0 hrs.**
**Amount Due:**                                                                        **$24,200.00**

**Travel Expense**

**July 19-24, 2012 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 875.20 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 900.00 |
| Per Diem | 345.00 |
| Taxis | 36.00 |
| Parking | 64.00 |
| **Total** | **$ 2,820.20** |

**Total Amount Due:**                                                                  **$27,020.20**