**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                            Invoice: # 025
United States District Court                         Submitted: October 1, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**
September 1-9     Conference Call, Reviewed Plans, Report to Parties              13.00hrs.
September 10-21   DDS Site Visit (11 Days)                                        89.15hrs.
September 22-30   Reviewed IMEU Documents, JMT Proposals, Conference Calls         2.00hrs.

                                                              **Total Hours: 104.15 hrs.**
**Amount Due:**                                                         **$20,830.00**

**Travel Expense**

**September 10-21, 2012 Site Visit (11 Days)**
Airfare and Fees                                                            653.50
Travel Time @ $100/hr.                                                      600.00
Hotel                                                                      1980.00
Per Diem                                                                    759.00
Taxis                                                                        36.00
Parking                                                                      90.00
**Total**                                                              **$ 4,118.50**


**Total Amount Due:**                                                  **$24,948.50**