**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                                                                    Invoice: # 026
United States District Court                                                          Submitted: November 5, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | | |
|---|---|---|
| October 1-6 | Conference Call, Reviewed Plans, IMEU Reports | 12.00hrs. |
| October 7-14 | Reviewed Plans, IMEU Reports, Consumer Reconciliation Reports | 3.25hrs. |
| October 15-26 | DDS Site Visit (11 Days) | 83.15hrs. |
| October 27-31 | Reviewed Plans | 3.10hrs. |

**Total Hours: 101.15 hrs.**
**Amount Due:**                                                                                           **$20,300.00**

**Travel Expense**

**September 10-21, 2012 Site Visit (11 Days)**
Airfare and Fees                                                                                                485.50
Travel Time @ $100/hr.                                                                                      600.00
Hotel                                                                                                              1980.00
Per Diem                                                                                                            759.00
Taxis                                                                                                                   36.00
Parking                                                                                                                60.00
**Total**                                                                                                     **$ 3,920.50**


**Total Amount Due:**                                                                                  **$24,220.50**