**Invoice**
**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116


**TO: FOR**:

Judge Ellen Huvelle                                        Invoice: # 027
United States District Court                           Submitted: December 3, 2012
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| November 1-11   Conference Call, Reviewed Plans Updates | 1.5hrs. |
| November 12-16  DDS Site Visit (5 Days) | 46.5hrs. |
| November 17-26  Review of SRI Investigations; JMT Documents | 10.3hrs. |
| November 27-30  DDS Site Visit (4 Days) | 38.0hrs. |

**Total Hours:  96.3 hrs.**
**Amount Due: $19,260.00**



**Travel Expense**

**November 12-16, 2012 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 640.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 720.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |
| Parking | 32.00 |
| **Total** | **$ 2,377.50** |

**November 27-30, 2012 Site Visit (4 Days)**

| | |
|---|---|
| Airfare and Fees | 632.00 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 540.00 |
| Per Diem | 276.00 |
| Taxis | 40.00 |
| Parking | 24.00 |
| **Total** | **$ 2,112.00** |

**Total Amount Due: $23,749.50**