**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                    Invoice: # 028
United States District Court                    Submitted: January 3, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| Description | Hours |
|---|---|
| December 1-9    Conference Call, Reviewed SPOC Plans, IMEU Reports | 9.05hrs. |
| December 10-20 DDS Site Visit (11 Days) | 74.20hrs. |
| December 21-31 No billable work | 0hrs. |
| **Total Hours:** | **83.25 hrs.** |

**Amount Due:**

**Travel Expense**                                                                    **$16,650.00**

**December 10-20, 2012 Site Visit (11 Days)**

| | |
|---|---|
| Airfare and Fees | 453.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1980.00 |
| Per Diem | 759.00 |
| Taxis | 40.00 |
| Parking | 90.00 |
| **Total** | **$ 3,922.50** |

**Total Amount Due:**                                                                **$20,572.50**