**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                                                                       Invoice: # 029
United States District Court                                                               Submitted: February 1, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**
| | |
|---|---:|
| January 1-12    Conference Call, Reviewed SPOC Plans, Adaptive Equipment Reports | 5.0hrs. |
| January 13-25   DDS Site Visit (12 Days, excluding holiday) | 72.5hrs. |
| January 26-31   Conference Call, Reviewed SRIs, JMT Reports/Data | 8.0hrs. |
| | **Total Hours:  85.5hrs.** |
| **Amount Due:** | **$17,100.00** |

**Travel Expense**
**January 13-25, 2013 Site Visit (12 Days)**
| | |
|---|---:|
| Airfare and Fees | 832.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1980.00 |
| Per Diem | 832.00 |
| Taxis | 40.00 |
| Parking | 108.00 |
| **Total** | **$ 4,250.50** |
| | |
| **Total Amount Due:** | **$21,350.50** |