## Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 030
United States District Court                          Submitted: March 4, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| February 1-9   Conference Calls, Reviewed SPOC, JMT, SRI Reports, etc. | 19.5hrs. |
| February 10-16 DDS Site Visit (5 Days) | 44.0hrs. |
| February 20-23 DDS Site Visit (3 Days) | 33.5hrs. |
| February 25-28 Conference Calls, Reviewed SPOC, Certification, AE Reports, etc. | 11.0hrs. |
| **Total Hours:** | **108.5hrs.** |
| **Amount Due:** | **$21,700.00** |

**Travel Expense**
**February 10-16, 2013 Site Visit (5 Days)**

| | |
|---|---:|
| Airfare and Fees | 832.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 900.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |
| Parking | 60.00 |
| **Total** | **$ 2,777.50** |

**February 20-23, 2013 Site Visit (3 Days)**

| | |
|---|---:|
| Airfare and Fees | 995.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 540.00 |
| Per Diem | 207.00 |
| Taxis | 40.00 |
| Parking | 36.00 |
| **Total** | **$ 2,418.50** |

**Total Amount Due:**                                             **$26,896.00**