# Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                            Invoice: # 031
United States District Court                           Submitted: April 1, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| March 1-9    Conference Calls, Reviewed SPOC, JMT, SRI Reports, etc. | 9.5hrs. |
| March 10-20 DDS Site Visit (10 Days) | 84.0hrs. |
| March 23-31 | 3.0hrs. |
| | **Total Hours: 96.5hrs.** |
| **Amount Due:** | **$19.300.00** |

**Travel Expense**

**February 10-16, 2013 Site Visit (10 Days)**

| | |
|---|---:|
| Airfare and Fees | 857.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 2,564.80 |
| Per Diem | 690.00 |
| Taxis | 58.00 |
| Parking | 120.00 |
| **Total** | **$ 4,889.50** |
| | |
| **Total Amount Due:** | **$24,189.50** |