**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                         Invoice: # 032
United States District Court                        Submitted: May 1, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| April 1-7    Conference Calls, Review of Documents, etc. | 6.5hrs. |
| April 8-13   DDS Site Visit (6 Days) | 47.3hrs. |
| April 14-21 Conference Calls, Review of Documents, Draft Reports | 14.5hrs. |
| April 22-30 Conference Calls, Review of Documents, etc. | 18.2hrs. |
| | **Total Hours: 86.5hrs.** |
| **Amount Due:** | **$17,300.00** |

**Travel Expense**

**April 8-13, 2013 Site Visit (6 Days)**

| | |
|---|---:|
| Airfare and Fees | 763.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1,090.17 |
| Per Diem | 414.00 |
| Taxis | 40.00 |
| Parking | 72.00 |
| **Total** | **$ 2,979.67** |

**Prior Months Invoice Errors/Adjustments**

| | |
|---|---:|
| January 2013   (Travel expense error/under billing) | (142.80) |
| February 2013 (Total consultant hour error/over billing) | 100.00 |
| March 2013    (Travel expense error/under billing) | (.80) |
| **Net Adjustments:** | **$42.00** |
| **Total Amount Due:** | **$20,321.67** |