# Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116

**TO: FOR**:

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 033 |
| United States District Court | Submitted: June 3, 2013 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | | |
|---|---|---|
| May 1-12 | Conference Calls, Reviews of SRI Reports, Policies, JMT Data, etc. | 15.0hrs. |
| May 13-18 | DDS Site Visit (5 Days) | 72.5hrs. |
| May 19-31 | Conference Calls, Reviewed SRIs, JMT Reports/Data, Court Reports | 19.0hrs. |
| | **Total Hours:** | **106.5hrs.** |
| **Amount Due:** | | **$21,300.00** |

**Travel Expense**

**May 13-17, 2013 (DDS Site Visit 5 Days)**

| | |
|---|---|
| Airfare and Fees | 602.40 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1000.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |
| Parking | 60.00 |
| **Total** | **$ 2,647.40** |
| | |
| **Total Amount Due:** | **$23,947.40** |