**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116
**TO: FOR**:

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 030 |
| United States District Court | Submitted: July 1, 2013 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| June 9-14, 2013  DDS Site Visit  (5 Days) | 34.0hrs. |
| June 15-17, 2013 | 11.5.hrs. |
| June 18-21, 2013 DDS Site Visit (4 Days) | 30.5hrs. |
| June 22-30, 2013   Conference Call, Reviewed SRIs, Financial Audit s Reports | 8.0hrs. |
| | **Total Hours: 83.0hrs.** |
| **Amount Due:** | **$16.600.00** |

**Travel Expense**
**June 9-14, 2013 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 632.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1280.00 |
| Per Diem | 414.00 |
| Taxis | 47.00 |
| Parking | 50.00 |
| **Total** | **$ 3023.50** |

**Travel Expense**
**June 18-21, 2013 (4 Days)**

| | |
|---|---|
| Airfare and Fees | 632.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 768.00 |
| Per Diem | 276.00 |
| Taxis | 30.00 |
| Parking | 30.00 |
| **Total** | **$ 2,426.50** |
| | |
| **Total Expenses:** | **$ 5,450.00** |
| | |
| **Total Amount Due:** | **$22,050.00** |