**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
3815 Pine Valley Court
Montgomery, Alabama 36116


**TO: FOR**:
Judge Ellen Huvelle                                                                                  Invoice: # 031
United States District Court                                                             Submitted: August 2, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| July 1-13, 2013 | 16.5hrs. |
| July 14-23, 2013 | 44.5hrs. |
| July 24-31, 2013 | 14.0hrs. . |
| | **Total Hours: 75.0hrs.** |
| **Amount Due:** | **$15,000.00** |

**Travel Expenses**

**July 14-23, 2013 Site Visit (9 Days)**

| | |
|---|---|
| Airfare and Fees | 632.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1741.00 |
| Per Diem | 621.00 |
| Taxis | 149.00 |
| Parking | 90.00 |
| **Total** | **$ 3833.50** |

**Total**


| | |
|---|---|
| **Total Amount Due:** | **$18,833.50** |