**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:

Judge Ellen Huvelle                                             Invoice: # 032
United States District Court                         Submitted: September 3, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| August 1-4, 2013 | 8.5hrs. |
| August 5-10, 2013 | 0  hrs. |
| August 11-17, 2013 | 10.0hrs. |
| August 18-23, 2013 | 44.5hrs. |
| August 24-31, 2013 | 12.5hrs. . |
| | **Total Hours:  75.5.0hrs.** |
| **Amount Due:** | **$15,100.00** |

**Travel Expenses**

**August 18-23, 2013 Site Visit (5 Days)**

| | |
|---|---:|
| Airfare and Fees | 1067.70 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 965.00 |
| Per Diem | 414.00 |
| Taxis | 36.00 |
| Parking | 60.00 |
| **Total** | **$ 2,177.70** |

**Total**

| | |
|---|---:|
| **Total Amount Due:** | **$17,277.70** |