**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116


**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 033
United States District Court                            Submitted: October 1, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| September 2-6, 2013  DDS Site Visit (5 days) | 48.5hrs. |
| September 7- 14, 2013 Review of DDS Documents, Policies, Calls, | 8.0hrs. |
| September 15-20.2013 Calls, Review of DDS Documents, SRIs | 9.0hrs. |
| September 21-30, 2013 IMEU Report Calls, Review of DDS Documents | 13.0hrs |
| | **Total Hours:  78.5.0hrs.** |
| **Amount Due:** | **$15,700.00** |


**Travel Expenses**

**September 2-6, 2013 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 932.50 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1315.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |
| Parking | 60.00 |
| **Total** | **$ 3,292.50** |

**Total**


**Total Amount Due:**                                                          **$18,992.50**