**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:

Judge Ellen Huvelle                                     Invoice: # 034
United States District Court                        Submitted: November 2, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| October 1-6, 2013 | 5.0hrs. |
| October 7-13, 2013 | 7.5hrs. |
| October  14-20, 2013 | 0  hrs. |
| October 21-27, 2013 | 13.20hrs. |
| October 28-31, 2013 | 43.20hrs. |
| . | |
| | **Total Hours:  68.9 hrs.** |
| **Amount Due:** | **$13,780.00** |


**Travel Expenses**

**October 28-31, 2013 Site Visit (4 Days)**

| | |
|---|---:|
| Airfare and Fees | 808.60 |
| Travel Time @ $100/hr. | 600.00 |
| Hotel | 1260.00 |
| Per Diem | 345.00 |
| Taxis | 42.00 |
| Parking | 45.00 |
| **Total** | **$ 3,100.60** |

**Total**


| | |
|---|---:|
| **Total Amount Due:** | **$16,880.60** |