**Invoice**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                                                 Invoice: # 035
United States District Court                                            Submitted: December 2, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| November 1-9, 2013 | 21.5hrs. |
| November 10-16, 2013 | 16.h0rs. |
| November 17-23, 2013 | 42.0hrs. |
| November 24-30, 2013 | 15.0hrs. |
.

**Total Hours:   98.05 hrs.**
**Amount Due:**                                                                             $19,610.00

**Travel Expenses**

**November 17-23, 2013 Site Visit (5 Days)**

| | |
|---|---:|
| Airfare and Fees | 818.60 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1474.76 |
| Per Diem | 414.00 |
| Taxis | 64.00 |
| Parking | 54.00 |
| **Total** | **$ 3,425.36** |

**Total Amount Due:**                                                                       **$23,035.36**