## December 2013 Invoice

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 036
United States District Court                          Submitted: December 2, 2013
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---:|
| December 1-7, 2013 | 22.0hrs. |
| December 8-14, 2013 | 20.0hrs. |
| December 15-21, 2013 | 49.0hrs. |
| December 22-31, 2013 | 18.0hrs. |
| . | |
| | **Total Hours: 109.00 hrs.** |
| **Amount Due:** | **$21,800.00** |

**Travel Expenses**

**December 15-21, 2013 Site Visit (5 Days)**

| | |
|---|---:|
| Airfare and Fees | 732.60 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1264.08 |
| Per Diem | 414.00 |
| Taxis | 64.00 |
| Parking | 54.00 |
| **Total** | **$ 3,128.68** |

| | |
|---|---:|
| **Total Amount Due:** | **$24,928.68** |