**Invoice
January 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116


**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 036
United States District Court                               Submitted: February 3, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| January 1-5, 2014 | 15.0hrs. |
| January 6-11, 2014 | 45.0hrs. |
| January 12-18, 2014 | 5.5hrs. |
| January 19-25, 2014 | 15.0hrs. |
| January 26-31, 2014 | 12.0hrs. |
| . | |
| | **Total Hours: 92.5 hrs.** |
| **Amount Due:** | **$18,500.00** |

**Travel Expenses**

**January 6-11, 2014 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 794.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1053.54 |
| Per Diem | 414.00 |
| Taxis | 40.00 |
| Parking | 54.00 |
| **Total** | **$ 2,955.54** |


**Total Amount Due:**                                                                **$21,455.54**