**Invoice**
**February 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                          Invoice: # 037
United States District Court                         Submitted: March 3, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| February 1-8, 2014 | 49.0hrs. |
| February 9-15, 2014 | 18.0hrs. |
| February 16-22, 2014 | 18.5hrs. |
| February 23-28, 2014 | 20.0hrs. |

.
                                                          Total Hours:  105.5 hrs.
**Amount Due:**                                                    **$21,100.00**

**Travel Expenses**

**February 3-7, 2014 Site Visit (5 Days)**
| | |
|---|---|
| Airfare and Fees | 832.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1050.00 |
| Per Diem | 345.00 |
| Taxis | 46.00 |
| Parking | 54.00 |
| **Total** | **$ 2,927.00** |

**Total Amount Due:**                                              **$24,027.00**