# Invoice
# March 2014

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO: FOR**:
Judge Ellen Huvelle                                              Invoice: # 037
United States District Court                              Submitted: March 3, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| March 1-8, 2014 | 7.0hrs. |
| March 9-15, 2014 (Site Visit: 5 Days) | 38.0hrs. |
| March 16-22, 2014 | 6.0hrs. |
| March 23-28, 2014 (Site Visit: 5 Days) | 42.0hrs. |
| March 29-31, 2014 | 6.0hrs. |
| **Total Hours:** | **99.0 hrs.** |
| **Amount Due:** | **$19,800** |

**Travel Expenses**

**March 9-15, 2014 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 869.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1264.00 |
| Per Diem | 345.00 |
| Taxis | 38.00 |
| Parking | 54.00 |
| **Total** | **$ 3,170.00** |

**March 23-29, 2014 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 869.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 1264.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |

| | |
|---|---:|
| Parking | 54.00 |
| **Total** | **$ 3,172.00** |
| **Total Amount Due:** | **$26,142.00** |