**Invoice**
**April 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**
Judge Ellen Huvelle                                                                              Invoice: # 038
United States District Court                                                            Submitted: May 1, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| April 1-5, 2014 | 10.0hrs. |
| April 6-10, 2014 (Site Visit: 4 Days) | 30.0hr |
| April 11-21, 2014 | 9.0hrs. |
| April 22-25, 2014 (Site Visit:4 Days) | 28.0hrs. |
| April 26-30, 2014……………………………………………………………………………………………… | ……17.0hrs. |

**Total Hours:**                                                                                            **94.0 hrs.**
 **Amount Due:**                                                                                         **$18,800**

**Travel Expenses**

**April 6-10, 2014 Site Visit (5 Days)**

| | |
|---|---|
| Airfare and Fees | 810.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 843.00 |
| Per Diem | 276.00 |
| Taxis | 40.00 |
| Parking | 36.00 |
| **Total** | **$ 2,605.00** |

**April 22-25, 2014 Site Visit (4 Days)**

| | |
|---|---|
| Airfare and Fees | 835.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 843.00 |
| Per Diem | 345.00 |
| Taxis | 40.00 |
| Parking | 36.00 |
| **Total** | **$ 2,630.00** |
| **Total Amount Due:** | **$24,035.00** |