Invoice
May 2014

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**
Judge Ellen Huvelle                                          Invoice: # 039
United States District Court                            Submitted: June 1, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| May 1-11, 2014 | 4.0hrs. |
| May 12-15, 2014 (Site Visit: 4 Days) | 33.0hr |
| May 16-19, 2014 | 7.0hrs. |
| May 20-23, 2014 (Site Visit: 3 Days) | 24.0hrs. |
| May 24-31, 2014……………………………………………………………………………………… | ……20.0hrs. |

**Total Hours:**                                                                 **88.0 hrs.**
**Amount Due:**                                                                $17,600

**Travel Expenses**

**May 12-15, 2014 Site Visit (3 Days)**

| | |
|---|---|
| Airfare and Fees | 832.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 842.72 |
| Per Diem | 207.00 |
| Taxis | 40.00 |
| Parking | 27.00 |
| **Total** | **$ 2,548.72** |

**May 20-22, 2014 Site Visit (3 Days)**

| | |
|---|---|
| Airfare and Fees | 727.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 842.72 |
| Per Diem | 207.00 |
| Taxis | 38.00 |
| Parking | 27.00 |
| **Total** | **$ 2,468.72** |
| **Total Amount Due:** | **$22,617.44** |