**Invoice**
**June 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 040 |
| United States District Court | Submitted: July 1, 2014 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| June 1-7, 2014 | 4.0hrs. |
| June 8-14, 2014 | 26.0hr |
| June 15-21, 2014 (Includes Site Visit:3 Days) | 28.0hrs. |
| June 22-30, 2014) | 48.0hrs. |

| | |
|---|---|
| **Total Hours:** | **106.0 hrs.** |
| **Amount Due:** | **$21,200** |

**Travel Expenses**

**June 15-17, 2014 Site Visit (3 Days)**

| | |
|---|---|
| Airfare and Fees | 875.00 |
| Travel Time $100/hr. $300 max each way | 600.00 |
| Hotel | 632.04 |
| Per Diem | 207.00 |
| Taxis | 40.00 |
| Parking | 27.00 |
| **Total** | **$ 2,381.04** |

| | |
|---|---|
| **Total Amount Due:** | **$23,581.04** |