**Invoice**
**July 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 041 |
| United States District Court | Submitted: August 1, 2014 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| July 1-6, 2014 | 4.0hrs. |
| July 7-13, 2014 | 4.5hr |
| July 14-20, 2014 | 8.0hrs. |
| July 21-31, 2014 | 16.0hrs. |

| | |
|---|---|
| **Total Hours:** | **32.5 hrs.** |
| **Amount Due:** | **$6,500.00** |

**Adjustments/Reconciliation for Errors in Previous Invoices**

| | |
|---|---|
| **April, 2014   Travel Total Error; Correct Total $2,699.00, Invoice Total of $2, 630.00** | **$69.00 Short** |
| **May, 2014   Travel Total Error; Correct Total $2,441.72, Invoice Total of $2, 468.72** | **$27.00 Over** |
| **Total Adjustment** | **$42.00 Owed** |

**Note there was no travel expense for July 2014**

| | |
|---|---|
| **Total Amount Due:** | **$ 6,542.00** |