**Invoice**
**August 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**
Judge Ellen Huvelle                                                                                          Invoice: # 042
United States District Court                                                                    Submitted: September 2, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hr**

| | |
|---|---|
| August 1-9 | 3.5rs. |
| August 10-17 | 0hrs. |
| August 18-24 | 9.5hrs. |
| August 25-31 | 15.5hrs. |
| **Total Hours:** | **28.5 hrs.** |
| **Amount Due:** | **$5,700.00** |

**Note there was no travel expense for August 2014**

**Total Amount Due:**                                                                                              **$ 5,700.00**