# Invoice
## October 2014

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**

| | |
|---|---|
| Judge Ellen Huvelle | Invoice: # 044 |
| United States District Court | Submitted: November 1, 2014 |
| For the District of Columbia | |
| 333 Constitution Avenue, NW | |
| Washington, DC 20001 | |

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hrs.)**

| | |
|---|---|
| October 1-6 | 5.00hrs. |
| October 7-9 (Site Visit 3 Days) | 18.00hrs. |
| October 10-18 | 6.25hrs. |
| October 19-25 | 6.00hrs. |
| October 26-31 | 7.50hrs. |

| | |
|---|---|
| **Total Hours:** | **42.75 hrs.** |
| **Amount Due:** | **$8,550.00** |

**Travel Expenses: October 7-9, 2014**

| | |
|---|---|
| Airfare and Fees | $ 568.00 |
| Travel Time @ $100/hr. for 6 hrs. | 600.00 |
| Hotel | 550.00 |
| Per Diem | 207.00 |
| Parking | 36.00 |
| Taxis, Shuttles, etc. | 32.00 |

| | |
|---|---|
| **Total Travel Expenses** | **$1,993.00** |
| **Total Amount Due:** | **$ 10,543.00** |