**Invoice
November 2014**

**Kathy E. Sawyer**
Independent Compliance Administrator
5532 Ash Grove Circle
Montgomery, Alabama 36116

**TO:**
Judge Ellen Huvelle                                                                 Invoice: # 045
United States District Court                                             Submitted: December 2, 2014
For the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Description of Work Performed (See Attached Activity Report) Hours @ $200Hrs.)**
November 1-8                                                                                         9.00hrs.
November 9-15                                                                                        2.00hrs.
November 16-22                                                                                       6.15hrs.
November 23-30                                                                                       9.30hrs.

**Total Hours:**                                                                                    **26.45 hrs.**
**Amount Due:**                                                                                     **$5,290.00**

**There were No Travel Expenses for November 2014**